1452

## REHEARING DOCKET

**87–155.** Carney v. McAfee. *Erie County*, No. E–85–58. Reported at 68 Ohio St.3d 1416, 624 N.E.2d 191. On motion for rehearing or for clarification. Motion denied.

A.W. SWEENEY, DOUGLAS and PFEIFER, JJ., concur.

WRIGHT, J., dissents.

F.E. SWEENEY, J., dissents and would grant sixty days for discovery.

MOYER, C.J., and RESNICK, J., not participating.

**92–1257.** State v. Woodard. *Cuyahoga County*, No. 61171. Reported at 68 Ohio St.3d 70, 623 N.E.2d 75. On motions for rehearing and to stay mandate. Motions denied.

WRIGHT, J., dissents.

F.E. SWEENEY, J., not participating.

**92–1755.** Saenz v. Indus. Comm. *Lucas County*, No. L–91–251. Reported at 68 Ohio St.3d 108, 623 N.E.2d 1195. On motion for rehearing. Rehearing denied.

**93–1321.** State ex rel. Fant v. Tober. *Cuyahoga County*, No. 63737. Reported at 68 Ohio St.3d 117, 623 N.E.2d 1202. On motion for rehearing. Rehearing denied.

F.E. SWEENEY, J., not participating.

**93–1831.** Kelley v. Cairns & Bros., Inc. *Summit County*, No. 15882. Reported at 68 Ohio St.3d 1410, 623 N.E.2d 566. On motion for rehearing. Rehearing denied..

**93–1911.** Preterm Cleveland v. Voinovich. *Franklin County*, No. 92AP–791. Reported at 68 Ohio St.3d 1420, 624 N.E.2d 194. On motion for rehearing. Rehearing denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

## DISCIPLINARY DOCKET

**90–1705.** Columbus Bar Assn. v. Nichols. *Sua sponte*, Leroy Alvin Nichols is found in contempt. WRIGHT, J., not participating.

**92–1324.** Disciplinary Counsel v. Nichols. *Sua sponte*, Leroy Alvin Nichols is found in contempt. WRIGHT, J., not participating.